# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

Samuel E. Masur
Gordon, Arata, et al
P. O. Box 81829
Lafayette LA 70598-2508

Paul B. Simon
Gordon, Arata, McCollam
P. O. Box 81829
Lafayette LA 70598-1829

**REHEARING ACTION: January 25, 2017**

**Docket Number: 16   00468-CA**

**FRANK HAYES GLADNEY, ET AL.**
**VERSUS**
**ANGLO-DUTCH ENERGY, L.L.C., ET AL.**

**Appealed from Jefferson Davis Parish Case No. 1-14**

**BEFORE JUDGES:**

    **Hon. Sylvia R. Cooks**
    **Hon. John D. Saunders**
    **Hon. Shannon J. Gremillion**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Anglo-Dutch Energy, L.L.C. and Anglo-Dutch (Everest), L.L.C.**

has this day been

    **DENIED.**

cc: Michael C. Wynne, Counsel for the Appellant
    Stephen Douglas Baker, Counsel for the Appellant